**No. 43736.**—Protests 663708–G, etc., of Louis Wolf & Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel uninflated rubber balls the same as those passed upon in *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770) were held dutiable at 30 percent under paragraph 1502. Uninflated animal characters in chief value of india rubber like those the subject of Abstract 41517 were held dutiable at 25 percent under paragraph 1537.

**No. 43737.**—Protests 18657–K/12008, etc., of S. H. Kress & Co. (New Orleans).

Opinion by TILSON, J. It was stipulated that the rubber animals in question are similar to those involved in Abstract 41517. The claim at 25 percent under paragraph 1537 was therefore sustained.

BEFORE THE SECOND DIVISION, MAY 17, 1940

**No. 43738.**—Protests 607402–G, etc., of American Import Co. et al. (Los Angeles).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the cocoa fiber mats in question were held dutiable at 90 percent under paragraph 1529 (a) as claimed.

**No. 43739.**—Protests 21244–K, etc., of Wm. Goodacre & Sons, Ltd. (Boston).

Opinion by KINCHELOE, J. It appeared that an error was made in the names of the examiners. The names were corrected and the claims sustained under paragraph 1529 (a), Tariff Act of 1930.

BEFORE THE THIRD DIVISION, MAY 17, 1940

**No. 43740.**—Protest 838470–G of Love Oliver & Co. (Baltimore).

Opinion by KEEFE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.